UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-MJ-2038

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT M. CORNING | ) | **ORDER TO SEAL** |
| | ) | |
| _____ | ) | |

This Cause comes before the Court upon Defendant's motion to seal an exhibit, identified as Exhibit 1 attached to his motion to continue. [DE-10-2]. Defendant contends public access to this document may compromise his personal privacy. For good cause shown, it is hereby ORDERED that the Exhibit 1 [DE-10-2] be sealed until further notice by this Court. It is further ORDERED that Defendant's Exhibit 1 [DE-10-2] be filed under seal. Copies of Exhibit 1 may be provided, however, to the United States Attorney's Office and to counsel for Defendant.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Thursday, May 5, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE